IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02428-WYD-KMT

OLDHAM FAMILY TRUST, by Kenneth Roy Oldham as trustee, and
the ESTATE OF MARY N. OLDHAM, by Kenneth Roy Oldham as executor,

    Plaintiffs,

v.

BARRY SILVESTAIN, CPA, and
WENNER, SILVESTAIN & COMPANY, LLC, a Colorado Limited Liability Company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Amend Scheduling Order" (#24, filed July 1, 2008) is **GRANTED**. The discovery cutoff is November 12, 2008; the dispositive motion deadline is December 12, 2008; expert witness disclosure shall be designated on or before September 12, 2008; and rebuttal expert disclosure shall be designated on or before October 13, 2008.

The Settlement Conference currently set for August 11, 2008 is **VACATED**. The Final Pretrial Conference currently set for January 12, 2009 is **VACATED** and **RESET for January 20, 2009 at 9:45 a.m.**

Dated: July 11, 2008