IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02428-WYD-KMT

OLDHAM FAMILY TRUST, by Kenneth Roy Oldham as trustee, and
THE ESTATE OF MARY N. OLDHAM, by Kenneth Roy Oldham as executor,

    Plaintiffs,

v.

BARRY SILVERSTEIN, CPA; and
WENNER, SILVERSTEIN & COMPANY, LLC, a Colorado Limited Liability Company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having considered the parties' Stipulated Motion for Dismissal with Prejudice and being fully advised in the premises, it is hereby

ORDERED that the Stipulated Motion for Dismissal with Prejudice, filed October 22, 2008 (docket #37) is **GRANTED**. It is

FURTHER ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE**. The parties shall pay their own costs and attorney fees.

Dated this 27th day of October 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                United States District Chief Judge